STATE v. SHAW-EL

No. 272P00

Case below: 118 N.C.App. 586

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 August 2000.

STATE v. SMITH

No. 321P00

Case below: 138 N.C.App. 605

Motion by Attorney General for temporary stay allowed 25 July 2000.

STATE v. SMITH

No. 327P00

Case below: 138 N.C.App. 555

Motion by Attorney General to dismiss the appeal by defendant (Richard Smith) for lack of substantial constitutional question allowed 24 August 2000. Petition by defendant (Richard Smith) for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000. Petition by defendant (Jimmy Smith) for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. STEEN

No. 530A98

Case below: 352 N.C. 227

By order of the Court 17 August 2000, the Clerk of this Court is hereby directed to enter the judgment and issue the mandate pursuant to the opinion filed in this case 13 July 2000. Motion by defendant to correct opinion, and for other relief dismissed 17 August 2000. Motion by defendant for temporary stay of mandate dismissed as moot 17 August 2000.